**George Luther COOK, III,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 01–6865.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

George Luther Cook, III, pro se.

Before MOTZ and GREGORY, Circuit Judges., and HAMILTON, Senior Circuit Judge.

PER CURIAM.

George Luther Cook, III, appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have re-

viewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Cook v. Angelone,* No. CA–01–294–2 (E.D.Va. May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*